United States District Court
Southern District of Texas
FILED

JAN -3 2019

AO 91 (Rev 8/01) Criminal Complaint

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Francisco Reyes

AKA: Francisco Reyes-Reyes

IAE   YOB:   1961
Honduras

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-19- 0015 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____January 2, 2019_____ in ___Hidalgo___ County, in the ___Southern___ District of ___Texas___

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___8___ United States Code, Section(s) ___1326___ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Francisco Reyes was encountered by Border Patrol Agents near Los Ebanos, Texas on January 02, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 02, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 28, 1998 through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 01, 1990, the Defendant was convicted of Transporting Certain Aliens within the United States and was sentenced to ninety-eight (98) days confinement and three years (3) Supervised Release Term.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Approved by David A. Lindenmuth
1/3/19

Sworn to before me and subscribed in my presence,   8:34 am

Signature of Complainant
Kellen Meador    Senior Patrol Agent

January 3, 2019

Peter E. Ormsby     , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer